# United States District Court
## *Southern District of Georgia*

Travelers Property Casualty Company of America

Plaintiff

v.  TT Club Mutual Insurance Ltd.

Defendant

Case No. 4:19-cv-00231-WTM-CLR

Appearing on behalf of Plaintiff

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 8th day of October, 2019.

*[signature]*
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Chandler L. Smith

Business Address: McMickle, Kurey & Branch, LLC
Firm/Business Name

217 Roswell Street
Street Address

| Suite 200 | Alpharetta | GA | 30004 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |
| 678-824-7800 | | 930368 | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

Email Address: csmith@mkblawfirm.com