AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,

    Plaintiff/Counterclaim Defendant

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV419-231

TT CLUB MUTUAL INSURANCE LTD.,

    Defendant/Counterclaimant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated March 31, 2022, the parties' motions for summary judgment are granted in part and denied in part, and Traveler's Petition for Declaratory is dismissed as moot. Therefore, TT Club is entitled to contribution of $13,072.50 for Traveler's pro-rata share of the defense costs. Travelers is entitled to judgment in the amount of $2,325,637.18, which is the amount Travelers is entitled to for its funding of the Settlement less the amount TT Club is entitled to for defense costs. This civil action stands closed.

April 1, 2022  
Date



John E. Triplett, Clerk of Court  
Clerk

*Candy Caldwell*  
(By) Deputy Clerk

GAS Rev 10/2020